UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2351

WILLIAM LEE RICHARDSON, JR.,

Plaintiff - Appellant,

versus

SOCIAL SECURITY ADMINISTRATION; THE CITY PO-
LICE DEPARTMENT OF CHARLESTON, WEST VIRGINIA,

Defendants - Appellees.

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Charleston.  Charles H. Haden II, Chief
District Judge.  (CA-01-779-2)

Submitted:  January 17, 2002          Decided:  January 28, 2002

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Lee Richardson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Lee Richardson, Jr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Richardson v. Social Sec. Admin., No. CA-01-779-2 (S.D.W. Va. Oct. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED